DAVID SILBERSTEIN and Others, Appellants, Respondents, v. JAMES MCHUTCHISON, Doing Business as MCHUTCHISON & COMPANY, Respondent, Appellant.—

# 712          CASES REPORTED WITH BRIEF SYLLABI.

Judgment affirmed, with costs to the defendant. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.